

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MARTIN LOPEZ ACOSTA,<br><br>Defendant. | Case No. 2:25-MJ-07491<br><br>**ORDER OF DETENTION** |

On December 2, 2025, Defendant Carlos Martin Lopez Acosta made his initial appearance in this district on the Indictment filed in the District of Alaksa, and a detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the Defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

While the Court finds that the Defendant has rebutted the § 3142(e)(2) presumption by sufficient evidence, namely the availability of a surety, Defendant's wife, who is willing to secure Defendant's appearance with an appearance bond, the Court finds that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the Defendant;

(c) Defendant's history and characteristics; and

(d) the nature and seriousness of the danger to any person or the community.

See 18 U.S.C. § 3142(g)  The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions as to risk of non-appearance on the indictment in United States District Court for the District of Alaska on the following:  Defendant is a citizen of Mexico, has close family ties there, and possesses a Mexican passport. He has no apparent ties to the charging district.  He has used an alias, and when he was arrested he had in his possession a fraudulent identification card and Mexican currency.

It is therefore ORDERED that Defendant be detained until trial and be transported to the United States District Court for the District of Alaska for further proceedings. **Both government counsel and counsel for the Defendant are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. See 18 U.S.C. § 3142(i).

Dated: 12/02/2025

*Patricia Donahue*

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE